IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  08-cv-02258-WYD-BNB

AMERICAN GENERAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

ESTATE OF JOHN J. PLAINE,

Defendant.

_____

**ORDER**

_____

This matter arises on the Order to Show Cause [Doc. # 9, filed 1/7/2009] and Defendant

Counsel's Explanation for Failure to Appear at Scheduling Conference [Doc. # 8, filed

1/7/2009].  Good cause having been shown:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for

**January 13, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.

Dated January 7, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge