IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02258-WYD-BNB

AMERICAN GENERAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

ESTATE OF JOHN J. PLAINE,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Extension of Time to Disclose Experts** [docket no. 35, filed June 24, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 6, 2009**.

DATED:  June 25, 2009