IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02258-WYD-BNB

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF JOHN J. PLANE,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (docket #44), filed July 28, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (docket #44) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  July 28, 2009

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge